FREDERICK D. FREMD and SARAH C. JENKINS, Doing Business under the
Firm Name and Style of RYE NURSERIES, Respondents, v. AMANDA M.
HALSTED and Others, as Executors, etc., Appellants.  (Appeal No. 2.) —
Order allowing costs as against defendants executors affirmed, with ten
dollars costs and disbursements.  On the record presented this court no
ground is shown for interfering with the decision of the learned trial justice.
(Ballantyne v. Steenwerth, 79 App. Div. 632.)   Jenks, P. J., Thomas, Mills,
Kelly and Jaycox, JJ., concurred.

Order amending verdict so as to include interest reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the court at Special Term, after the adjournment of the Trial Term had no power to make the order. (*Duerr* v. *Consolidated Gas Co.*, 104 App. Div. 465; *Fleming* v. *Jacob*, 57 Misc. Rep. 375), and also upon the ground that the allowance of interest was not proper, the claim being unliquidated and the amount demanded having been reduced by the jury. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.